Darshnik Brar, No. 338035
NDB West Coast Law, INC.
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618-3047
Telephone: (949) 685 7720
darshnik@ndbwestcoastlaw.com

Attorney for Plaintiff
Xylon David Quezada


Soheyl Tahsildoost (Bar No. 271294)
Adam A. Knighton (Bar No. 335072)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorney for Defendant Hyundai Motor America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XYLON DAVID QUEZADA, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 8:24-cv-01007-FWS-KES<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Fred W. Slaughter<br>Complaint Filed: April 4, 2024<br>Trial Date:       None |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that Plaintiff, XYLON DAVID QUEZADA and Defendant, HYUNDAI MOTOR AMERICA (the "Parties"), jointly write to advise this

Court that they have settled this matter. Plaintiff has executed the release agreement and the parties expect the settlement terms to be completed within 75 days.

The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff, including payment of attorneys' fees, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: June 28, 2024			NDB West Coast Law, Inc.

					By:	s/Darshnik Brar
						Darshnik Brar
						Attorney for Plaintiff XYLON DAVID QUEZADA

Dated: June 28, 2024			THETA LAW FIRM, LLP

					By:	_____
						Adam A. Knighton
						Attorney for Defendant Hyundai Motor America

**JOINT NOTICE OF SETTLEMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*Adam Knighton*
_____
Adam A. Knighton